435 A.2d 270

Commonwealth v. Houtz, Appellant.

 Submitted March 6, 1980. Anthony S. Federico, Jr., for appellant; Le Roy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Affirmed.

Reversed in part, 437 A.2d 385.